**Opinion filed May 17, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00340-CV

_____

## JORGE RODRIGUEZ, Appellant

## V.

## NORMA HERNANDEZ, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-127,372**

### M E M O R A N D U M   O P I N I O N

Jorge Rodriguez is the appellant in this appeal. He has filed an unopposed motion to withdraw his notice of appeal and dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "all matters have been settled between the parties and the appeal is no longer needed." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

May 17, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.